**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against

(Alias) Wanda Vasquez-Moran

                    Please PRINT Clearly
```

**07 CRIM. 352**

07CR
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 1  YR. 75

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _NY_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

4/25/07

APR 2 5 2007

SIGNATURE _David Goldstein_
PRINT THE FOLLOWING INFORMATION CLEARLY
_David Goldstein_
Attorney for Defendant
_Goldstein & Weinstein_
Firm name if any
_888 Grand Concourse_
Street address
_Bronx,    NY    10451_
City        State        Zip
_(718) 665-9000_
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186