Law Offices
# GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 14 2007

DAVID J. GOLDSTEIN
BARRY A. WEINSTEIN

TEL: (718) 665-9000
FAX: (718) 665-9147

May 11, 2007

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

May 11, 2007
Application **GRANTED**
SO Ordered
[signature]
USDJ.

Re:   United States v. Wanda Vasquez
      07 Cr. 352 (PAC)

Dear Judge Crotty:

    I write this letter to request that the court extend the defendant's time within which to meet the bail conditions in this case until Wednesday, May 16, 2007. I have spoken to Assistant United States Attorney, William J. Harrington, and the Government has no objection to this application.

    At a recent conference in this matter, this court extended the deadline for compliance until today. As of this morning, three (3) of the four (4) co-signors required have already been interviewed, approved and have signed the bond. Unfortunately, because of job commitments, the last co-signor will not be interviewed until Tuesday, May 15, 2007.

**MEMO ENDORSED**

Thank you for your consideration.

Respectfully yours,

David J. Goldstein

cc: AUSA William J. Harrington