

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 1 2007
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2007

BY FAX

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   United States v. Wanda Vasquez
           07 Cr. 352 (PAC)

Dear Judge Crotty:

    I write to confirm the adjournment of the pre-trial conference scheduled for May 22, 2007 until May 30, 2007 at 3:45 p.m.

    The Government also requests that the Court exclude time until May 30, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial in light of the defendant's request for a week's adjournment so that she may secure new counsel. Barry Weinstein, who is currently co-counsel for the defendant, told me that he consents to the exclusion of time.

                          Very truly yours,

                          MICHAEL J. GARCIA
                          United States Attorney

                By: _____
                      William J. Harrington
                      Assistant United States Attorney
                      212-637-2331

cc:  David J. Goldstein/
     Barry Weinstein, Esq.
     Counsel for the defendant
     (By fax: 718 665 9147)

*Handwritten endorsement:* May 21, 2007 — Application GRANTED SO Ordered. /s/ Paul Crotty, USDJ

**MEMO ENDORSED**

TOTAL P.02