

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 19, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 0 2007

BY HAND

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Time is excluded to 7/18/2007*   June 20, 2007
Application **GRANTED** and
SO Ordered

/s/ Paul Crotty
U.S.D.J.

Re:  United States v. Wanda Vasquez
     07 Cr. 352 (PAC)

Dear Judge Crotty:

I write to confirm the adjournment of the pre-trial conference scheduled for June 28, 2007 until July 18, 2007 at ~~3:30~~ 3:45 p.m.

The Government also requests that the Court exclude time until July 18, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government time to consider the evidence produced and to discuss a potential disposition in the case. Mark Cohen, counsel for the defendant, told me that he consents to the exclusion of time.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: /s/ William J. Harrington
William J. Harrington
Assistant United States Attorney
212-637-2331

cc:  Mark Cohen
     Counsel for the defendant
     (By fax: 212 293 7224)