

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  JUL 1 9 2007
```

BY FAX

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 19, 2007

**Application GRANTED**
**SO Ordered**

*[signature]*
USDJ

Re:  United States v. Wanda Vasquez
     07 Cr. 352 (PAC)

Dear Judge Crotty:

I write to confirm the adjournment of the pre-trial conference until August 20, 2007 at 3:15 p.m.

The Government also requests that the Court exclude time until August 20, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government time to consider the evidence produced and to continue their ongoing discussions concerning the facts of the case and a potential disposition in the case. These activities are necessary to ensure the effective assistance of counsel. Mark Cohen, counsel for the defendant, told me by telephone yesterday that he consents to the exclusion of time.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
William J. Harrington
Assistant United States Attorney
212-637-2331

cc:  Mark Cohen
     Counsel for the defendant
     (By fax: 212 293 7224)