

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2007

BY FAX

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07
```

    Re:  United States v. Wanda Vasquez
        07 Cr. 352 (PAC)

Dear Judge Crotty:

    I write to request a three week adjournment of the pretrial conference currently scheduled for November 29, 2007, and also to request the exclusion of time until a control date of December 31, 2007. As the Court knows, the parties are in the final stages of completing a plea agreement. I do not expect that my office will be in a position to approve a final agreement in time for the November 29th conference.

    The Government also requests that the Court exclude time until December 31, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government to continue and complete their ongoing discussions concerning the facts of the case and a potential disposition in the case. These activities are necessary to ensure the effective assistance of counsel.

    Mark Cohen, counsel for the defendant, told me by

**MEMO ENDORSED**

The Honorable Paul A. Crotty
November 28, 2007
Page 2

telephone yesterday that he consents to the adjournment of the conference and the exclusion of time.

>Very truly yours,
>
>MICHAEL J. GARCIA
>United States Attorney
>
>By: _____
>William J. Harrington
>Assistant United States Attorney
>212-637-2331

cc: Mark Cohen
    Counsel for the defendant
    (By fax: 212 293 7224)

---

Application GRANTED. The conference is adjourned to 12/20/07 at 2:15 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b)(8)(A), the time from 11/29/07 until 12/20/07 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: 11/28/07

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE